**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter **11**

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Basic Fun, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | DBA  **Basic Fun**  DBA  **The Bridge Direct**  DBA  **Good Stuff**  DBA  **K'Nex**  DBA  **Tech 4 Kids**  DBA  **Uncle Milton** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0329742** |
| 4. | **Debtor's address** | **Principal place of business**  **301 Yamato Road, Suite 4200**  **Boca Raton, FL 33431**  Number, Street, City, State & ZIP Code  **Palm Beach**  County  **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.basicfun.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor  **Basic Fun, Inc.**                                                                 Case number (*if known*)
         Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __4251__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. Check **all** that apply:
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   District _____  When _____  Case number _____
   District _____  When _____  Case number _____

| Debtor | **Basic Fun, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | | Relationship | |
|---|---|---|---|---|
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000     ☐ More than100,000
■ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ■ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Official Form 201                 **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Basic Fun, Inc.**                                                                                      Case number (*if known*)
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ■ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Basic Fun, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 28, 2024**
              MM / DD / YYYY

X **/s/ Frank McMahon**                              **Frank McMahon**
Signature of authorized representative of debtor      Printed name

Title   **Chief Financial Officer**

**18. Signature of attorney**

X **/s/ Shanti M. Katona**                           Date **June 28, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Shanti M. Katona 5352**
Printed name

**Polsinelli PC**
Firm name

**222 Delaware Avenue**
**Suite 1101**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone **(302) 252-0920**    Email address **skatona@polsinelli.com**

**5352 DE**
Bar number and State

Debtor    **Basic Fun, Inc.**                                               Case number (*if known*)
          Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | |
|---|---|---|---|---|
| Debtor | **Basic Fun Holdco, LLC** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **K'NEX UK Limited** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **TBDUM, LLC** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |
| Debtor | **TGS Acquisition LLC** | | Relationship to you | **Affiliate** |
| District | **Delaware** | When | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name  **Basic Fun, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### ■ Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/28/2024           **X** */s/ Frank McMahon*
                                    Signature of individual signing on behalf of debtor

                                    **Frank McMahon**
                                    Printed name

                                    **Chief Financial Officer**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Basic Fun, Inc,.*et al.*_____

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders                                   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **Shaanxi An'best Toys Co., Ltd.** Yanhe Commercial Building No.1Binnan Road, Hengkou, Ankang Shaanxi Province, China | Attn: CEO or General Counsel P: 86-514-85823988; 86-514-87856098 anbest@anbesttoys.com | Trade Claim | | | | $5,178,843.10 |
| 2 | **Early Light Industrial Co Ltd** No.9 Ka Fu Close Sheung Shui NT Hong Kong | Attn: CEO or General Counsel P: 852-29448866 info@earlylight.com.hk | Trade Claim | | | | $1,974,224.99 |
| 3 | **Keng Fung International** Rm. B, 5/F, Kiu Yin Comm. Bldg. 361-363 Lockhart Rd., Wanchai Hong Kong | Attn: CEO or General Counsel P: 852-34604266 | Trade Claim | | | | $888,817.69 |
| 4 | **Goodmax ACG Industry (HK) Limited** Rm 605, 6/F Fa Yuen Comm Bldg 75-77 Fa Yuen St Mongkok KLN, Hong Kong | Attn: CEO or General Counsel P: 0769-81105188 goodmax@goodmaxgroup.com | Trade Claim | | | | $738,517.59 |
| 5 | **Jiangsu Holly Uwill Int'l Co., Ltd** Holly Bldg. 50 Zhong Hua Rd. Nanjing, JI China | Attn: Marvin Kang P: 025-5227-8888; 86-25-52278699 marvinkang@artall.com | Trade Claim | | | | $544,927.06 |
| 6 | **Dongguan Zhida Electronics Co., Ltd** Number 108, Fumin Road Yuan Shan Bei Village, Chang Ping Town Dongguan, China | Attn: CEO or General Counsel P: 0769-83331942 | Trade Claim | | | | $521,310.69 |
| 7 | **Faro Services, Inc.** 7070 Pontius Rd Groveport, OH 43125 | Attn: CEO or General Counsel P: 614-497-1700 F: 614-497-8318 | Trade Claim | | | | $360,314.51 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | **Maxim Company(Taiwan) Ltd**<br>2F, No.67<br>Sung Chiang Road<br>Taipei, Taiwan | Attn: CEO or General Counsel<br>P: 886-2-2507-2591 | Trade Claim | | | | $327,690.96 |
| 9 | **Solar Tune Enterprise Ltd.**<br>Unit 4A, 2/F., Block C, Hong Kong Industrial Centre<br>489-491 Castle Peak Road<br>Kowloon, Hong Kong | Attn: CEO or General Counsel<br>P: 852-23070523; 852-2307-0523<br>F: 852-2743-2678<br>solar@solartune.com.hk | Trade Claim | | | | $189,591.54 |
| 10 | **Herald Metals & Plastic**<br>3110, 31/F., Tower Two<br>Lippo Centre, Queensway<br>Hong Kong | Attn: CEO or General Counsel<br>P: 852-2726-8111; 852-2522-6181<br>F: 852-2810-0416<br>heraldhk@heraldgroup.com.hk | Trade Claim | | | | $183,563.58 |
| 11 | **Partners in Logistics UK Ltd**<br>3 Banner Park Wickmans Drive<br>Coventry<br>Wem CV4 9XA<br>United Kingdom | Attn: Adam<br>P: 0044-2475-31232<br>adam@piluk.co.uk;<br>abbas@piluk.co.uk | Trade Claim | | | | $141,881.65 |
| 12 | **Transgroup Express LLC dba Scan Global Logistics**<br>18850 8th Avenue South<br>Suite #100<br>Seattle, WA 98148 | Attn: CEO or General Counsel<br>P: 917-545-8067<br>F: 206-241-2166<br>seattle.dom@scangl.com | Trade Claim | | | | $140,739.43 |
| 13 | **Tectonic Technology Ltd.**<br>Unit S-03, 8/F., PO Shing Industrial Building<br>23 Tai Yau Street, San PO Kong<br>Kowloon, Hong Kong | Attn: CEO or General Counsel<br>P: 852-2663-3314 | Trade Claim | | | | $133,470.03 |
| 14 | **Qufu Longba Sports Goods Co. Ltd**<br>HXQJ+WC5, Yulong Rd<br>Qufu, Jining<br>Shandong, 273165<br>China | Attn: Adam Xu<br>P: 86-537-4417736; 86-13863753239<br>F: 86-537-4413828 | Trade Claim | | | | $132,220.00 |
| 15 | **Apex Manufacturing Co., Ltd.**<br>Unit B, 20/F., Wah Wing Industrial Building<br>14-20 Wing Yip Street<br>Kwai Chung, N.T. | Attn: CEO or General Counsel<br>P: 852-2426-6999<br>F: 852-2481-4999<br>apexmfg@apexmfg.com.hk | Trade Claim | | | | $132,113.26 |
| 16 | **United Healthcare Ins Co.**<br>900 Bren Rd E Mn008-T-615, Minnetonka, MN 55343-4402 | Attn: CEO or General Counsel | Trade Claim | | | | $128,729.30 |
| 17 | **Lok Tai Toys Limited**<br>Room 512, 5/F., Tower B<br>New Mandarin Plaza, 14 Science Museum Road<br>T.S.T. East Kowloon | Attn: Keith Lam, Austin Lam<br>P: 852-34175607<br>lto_info@loktaion.com | Trade Claim | | | | $114,253.35 |
| 18 | **Great Hill International Inc.No.117**<br>Singhua Rd<br>Nangang District, Taipei<br>Taiwan | Attn: CEO or General Counsel | Trade Claim | | | | $101,760.00 |
| 19 | **Fedex - Online**<br>1715 Aaron Brenner Drive, Suite 600<br>Renaissance Center<br>Memphis, TN 38120 | Attn: CEO or General Counsel<br>P: 866-728-8587 | Trade Claim | | | | $100,558.38 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 20 | **MCM 301 Yamato LLC** c/o Morning Calm Management LLC 301 Yamato Road, Suite 4160 Boca Raton, FL 33431 | Attn: CEO or General Counsel | Trade Claim | | | | $94,978.66 |
| 21 | **Anhui Changxing Arts & Crafts Toy Group Inc** Tianye Road, Yeshan Town Tianchang Anhui China | Attn: Michael Jay P: 0086-550-7956333; 86-0550-7956333 F: 86-550-7957818 jay@changxing.com.cn; | Trade Claim | | | | $92,836.20 |
| 22 | **ELM Global Logistics** 50 Emjay Blvd Brentwood, NY 11717 | Attn: CEO or General Counsel P: 888-324-7075 Info@ELMLogistics.com | Trade Claim | | | | $83,923.80 |
| 23 | **Wintai Co., Ltd (Life Ideas Co., Ltd)** Room 1008, No.4 Development Avenue, Jiangmen Guangdong, China | Attn: CEO or General Counsel P: 0086-750-3082101; 0086-750-3092188 F: 0086-750-3093933 snow@wintaicn.com | Trade Claim | | | | $76,576.70 |
| 24 | **Sailing Toys(HK) Company Limited** Room 1102, Building 4, Hehua Mansion Wenguan Road, Chenghai, Shantou City Guandong Province China | Attn: CEO or General Counsel P: 86-0754-85805588 | Trade Claim | | | | $64,561.95 |
| 25 | **TSUN TAT TOY CO.,LTD** Unit 16, 8/F., The Rainbow No. 22 Wang Yip Street South Yuen Long, NT Hong Kong | Attn: Taihong Yuen | Trade Claim | | | | $60,722.76 |
| 26 | **Stile Associates Ltd.** 181 S Franklin Ave, 4th Floor Valley Stream, NY 11581 | Attn: Steven Heid P: 516-394-2100 F: 516-394-2195 | Trade Claim | | | | $52,991.35 |
| 27 | **Bar Logistics Inc dba Santa Fe Warehouse** 3416 Garfield Ave Commerce, CA 90040 | Attn: CEO or General Counsel P: 323-727-7147 | Trade Claim | | | | $47,294.83 |
| 28 | **Etopia Consultancy** 1a Elmhurst Road Slough, England, SL3 8LT United Kingdom | Attn: CEO or General Counsel | Trade Claim | | | | $45,069.01 |
| 29 | **License 2 Play Toys, LLC** 63 Colony Ln Syosset, New York 11791 | Attn: CEO or General Counsel P: 516-496-3479 F: 866-843-6200 | Trade Claim | | | | $41,800.45 |
| 30 | **Hong Kong Hung Yuan Trading Limited** Room 1201, 12/F, Tung Chun Commerical Centre 438-444 Shanghai Street Kowloon, Hong Kong | Attn: CEO or General Counsel P: 86-13711813870 | Trade Claim | | | | $36,450.77 |

# United States Bankruptcy Court
### District of Delaware

In re  **Basic Fun, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Basic Fun Holdco, LLC**<br>**301 Yamato Road**<br>**Suite 4200**<br>**Boca Raton, FL 33431** | | | **100% Ownership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Financial Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 28, 2024**    Signature **/s/ Frank McMahon**  
**Frank McMahon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### District of Delaware

In re **Basic Fun, Inc.**　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Basic Fun, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Basic Fun Holdco, LLC**
**301 Yamato Road**
**Suite 4200**
**Boca Raton, FL 33431**

☐ None [*Check if applicable*]

| | |
|---|---|
| **June 28, 2024** | **/s/ Shanti M. Katona** |
| Date | **Shanti M. Katona 5352** |
| | Signature of Attorney or Litigant |
| | Counsel for **Basic Fun, Inc.** |
| | **Polsinelli PC** |
| | **222 Delaware Avenue** |
| | **Suite 1101** |
| | **Wilmington, DE 19801** |
| | **(302) 252-0920 Fax:(302) 252-0921** |
| | **skatona@polsinelli.com** |

# CERTIFICATE

As Chief Executive Officer of Basic Fun, Inc. (the "Parent"), I hereby certify that at a meeting of the Board of Directors of the Parent (the "Board") on the 27th day of June, 2024 at which a quorum was present that the Board, in a vote that was taken openly duly approved resolutions with respect to the Parent and its wholly owned subsidiaries TGS Acquisition LLC, TBDUM, LLC, and K'NEX UK Limited (collectively, the "Subsidiaries", together with the Parent, the "Company"):

1. Authorizing the Company to file or cause to be filed voluntary petitions for relief for the Company (collectively referred to herein as the "Chapter 11 Cases") and under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in a court of proper jurisdiction (the "Bankruptcy Court");

2. Authorizing the officers of the Company or parties designated by any officer of the Company to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers, or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business, and including without limitation the filing of this certification

3. Authorizing the Company to employ (a) the law firm of POLSINELLI PC as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, (b) the firm of OPPENHEIMER & CO. INC. ("OPPENHEIMER") to represent and assist the Company in carrying out its duties under the Bankruptcy Code, (c) the firm of STRETTO, INC. ("STRETTO") as notice, claims, and balloting agent and as administrative advisor and (d) such other professionals as reasonably necessary, and to file such motions and enter into to such documents as reasonably necessary with respect to those engagements

and that said meeting was held at a specified time and place; that notice was duly given or waived, and that the meeting was called and held in strict accordance with the provisions of the applicable Bylaws of the Parent.

**IN WITNESS WHEREOF**, I have executed this Certificate, as of the 27th day of June, 2024.

DocuSigned by:

_____
10008E7CB2EF485...

Jay Foreman

95749082.3