**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BASIC FUN, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 24-11432 (CTG)<br><br>(Jointly Administered) |

*AMENDED*[2] **NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 30, 2024 AT 10:00 A.M. (ET)**

> This proceeding will be conducted **in-person**. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.
> Please refer to Judge Goldblatt's Chambers Procedures
> (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website
> (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.

**UNCONTESTED MATTER GOING FORWARD**

1.      Motion of Debtors for Entry of an Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 203; Filed: 9/9/2024]

Objection Deadline:            September 23, 2024 at 4:00 p.m. (extended for the Office of the United States Trustee)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number or United Kingdom registration number, as applicable, are: Basic Fun, Inc. (9742), Basic Fun Holdco, LLC (0066), TGS Acquisition, LLC (3011), TBDUM, LLC (9615), and K'NEX UK Limited (1398). The location of the Debtors' principal place of business and the Debtors' mailing address is 301 Yamato Road, Suite 4200, Boca Raton, Florida 33431.

**2 Amended items appear bold.**

98945297.1

-2-

Related Document(s):

    **a)**    **Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Basic Fun, Inc.,** *et al.* **[Docket No. 202; Filed: 9/9/2024]**

    **b)**    **First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Basic Fun, Inc.,** *et al.* **[Docket No. 221; Filed: 9/27/2024]**

    **c)**    **Notice of Filing of Redline of First Amended Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Basic Fun, Inc.,** *et al.* **[Docket No. 222; Filed: 9/27/2024]**

    **d)**    **Notice of Filing of Revised Proposed Order (I) Approving the Adequacy of the Disclosures in the Combined Plan and Disclosure Statement on an Interim Basis, (II) Scheduling the Confirmation Hearing and Deadline for Filing Objections, (III) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (IV) Approving the Form of Ballot and Solicitation Package, and (V) Approving the Notice Provisions [Docket No. 223; Filed: 9/27/2024]**

Response(s) Received:

    a)    United States Trustee's Omnibus Objection to (I) Combined Disclosure Statement and Chapter 11 Plan of Reorganization of Basic Fun, Inc. et al. and (II) Motion of Debtors for Entry of an Order, Inter Alia, Approving Solicitation and Tabulation Procedures [Docket No. 218; Filed: 9/24/2024]

Status:    **The Debtors have filed an amended Combined Plan and Disclosure Statement as well as a revised proposed form of order which resolves the Objection filed by the Office of the United States Trustee. This matter will go forward on an uncontested basis.**

98945297.1

Dated: September 27, 2024
    Wilmington, Delaware

POLSINELLI PC

*/s/ Shanti M. Katona*

Shanti M. Katona (Del. Bar No. 5352)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
skatona@polsinelli.com

-and-

Mark B. Joachim (Admitted *Pro Hac Vice*)
1401 Eye Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 783-3300
Facsimile: (202) 783-3535
mjoachim@polsinelli.com

*Counsel to the Debtors and*
*Debtors in Possession*

98945297.1